IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| F. MICHAEL CRANE,<br><br>                Plaintiff,<br><br>v.<br><br>THE MEMORIAL HOSPITAL,<br><br>                Defendant. | ORDER AFFIRMING<br>REPORT & RECOMMENDATION<br><br>Case No. 1:08CV59DAK |

       This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B). On March 3, 2009, Magistrate Judge Alba issued a Report and Recommendation, recommending that Defendant's Motion to Dismiss be granted because the court lacks personal jurisdiction over Defendant and this court is not a proper venue for this action.

       The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within ten days of receiving it. The time for filing an objection has passed, and Plaintiff has not filed an objection to the Report and Recommendation.

       The court has reviewed the motion *de novo*. The court fully agrees with the analysis contained in Magistrate Judge Alba's Report and Recommendation. Therefore, the court approves and adopts the Magistrate Judge's March 3, 2009 Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED.

DATED this 20th day of March, 2009.

                        BY THE COURT:

                        _____
                        DALE A. KIMBALL
                        United States District Judge